IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER LANCE STOVALL,<br><br>Defendant and Judgment Debtor.<br>EDWARD JONES,<br>(and its Successors and Assignees)<br><br>Garnishee. | Case No.: 1:16MC00037-LJO-EPG<br><br>**FINAL ORDER OF GARNISHMENT**<br><br>Criminal Case No.: 1:10-cr-00271-LJO<br><br>(Doc. 8) |

Upon a review the United States' Application for Garnishment and its Request for Findings and Recommendations for Final Order of Garnishment (Doc. 8),[1] the Court finds as follows:

1. On June 2, 2014, the Court convicted and sentenced Defendant Christopher Stovall in criminal case number 1:10-cr-00271-LJO. The Judgment ordered that Defendant pay a $400.00 special assessment and $2,479,290.00 in restitution. *See*, *U.S.A. v. Stovall*, 1:10-cr-00271-LJO (Doc. 42, pg. 5).

2. To collect the restitution order, the United States filed an Application for Writ of Garnishment on June 16, 2016. (Doc. 3).

3. As of June 15, 2016, Christopher Stovall owed $2,727,219.00 in restitution. (Doc. 6-1, pg. 2,

---

[1] A Final Order of Garnishment rather than Findings and Recommendations is issued in this case since the Judgment Debtor did not request a hearing.

Final Order of Garnishment                               1

lines 5-11).

4. The Clerk issued a Writ of Garnishment and the Clerk's Notice and Instructions to the Judgment Debtor on June 17, 2016. (Doc. 4 and 5).

5. On June 17, 2016, the United States served the Garnishee and the Judgment Debtor with the Writ and its attachments. The Judgment Debtor and his spouse were notified of their right to a hearing to object to the Answer and/or to claim exemptions. (Doc. 6, pg. 2). Specifically, the Notice provided that the Judgment Debtor and his spouse had twenty (20) days from the date the garnishee served its Answer to request a hearing pursuant to 28 U.S.C. § 3205(c)(5), and/or to assert a claim of exemption(s).

6. Garnishee, Edward Jones, served its Acknowledgment of Service and Answer of Garnishee (the "Answer") to the writ on June 23, 2016. In its Answer, the garnishee identifies that the Judgment Debtor has accounts that are in the custody, possession and/or control of Edward Jones. The Answer states the approximate value of the accounts as follows: (1) Joint Tenants with Rights of Survivorship Brokerage Account #XXX-XX189-I-8 with a value of $66.96; (2) Traditional Individual Retirement Account (IRA) # XXX-XX265-L-8 held for the benefit of Christopher L. Stovall, which, as of June 21, 2016, had a total estimated market value of $61,064.72; (3) 529 College Savings Plan Account # XX-XX599-l-3, held as Christopher L. Stovall owner for the benefit of Ty Stovall (valued at $1,275.64); and, (4) 529 College Savings Plan Account # XXX-XX600-I-0 held as Christopher L. Stovall owner for the benefit of Aden Walker Stovall, valued at $1,277.65. The value of these accounts are approximations as the accounts may be subject to dividend distributions and fluctuating market prices. (Doc. 7).

7. No request for hearing was filed, and no claims of exemptions were raised by the Judgment Debtor or his spouse, as set forth in 28 U.S.C. § 3014(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. The United States' request for a Final Order of Garnishment is GRANTED;

2. GARNISHEE, shall DELIVER, within fifteen (15) days of the filing of the Order, the **full value**, calculated as of the date the Final Order of Garnishment is signed the District Judge, from Christopher L. Stovall's IRA, Account Number XXX-XX265-1-8. Payment must be made in the form a cashier's check, money order or company draft, and made payable to the "Clerk of the Court" and shall

be mailed to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814.  Edward Jones shall also state the criminal docket number (Case No. 1:10CR00271-LJO) on the payment instrument;

3. Upon its payment of the garnished funds from the IRA Account Number XXX-XX265-1-8, to the Clerk of the Court, Edward Jones shall release its hold on the Judgment Debtor's other accounts, Brokerage Account Number XXX-XX189-1-8; 529 College Savings Plan Account Number XXX-XX599-1-3 and 529 College Savings Plan Account Number XXX-XX600-1-0; and

4. That upon payment and processing of the garnished funds being applied towards restitution, the writ of garnishment shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated:   **August 11, 2016**            /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE