IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER LANCE STOVALL,<br><br>    Defendant and Judgment Debtor.<br>EDWARD JONES,<br>(and its Successors and Assignees)<br><br>    Garnishee. | Case No.: 1:16MC00037-EPG<br><br>**AMENDED FINAL ORDER OF GARNISHMENT**<br><br>Criminal Case No.: 1:10CR00271-LJO |

Upon a review of the United States' Request for an Amended Final Order of Garnishment, the Court finds as follows:

1. On June 2, 2014, the Court convicted and sentenced Defendant Christopher Stovall in criminal case number 1:10CR00271-LJO. The Judgment ordered that Defendant pay a $400 special assessment and $2,479,290.00 in restitution. See, *U.S.A. v. Stovall*, 1:10CR00271-LJO (Doc. 42, pg. 5).

2. To collect the restitution order, the United States filed an Application for Writ of Garnishment on June 16, 2016. (Doc. 3).

3. As of June 15, 2016, Christopher Stovall owed $2,727,219.00 in restitution. (Doc. 6-1, pg. 2, lines 5-11).

4. The Clerk issued a Writ of Garnishment and the Clerk's Notice and Instructions to the

Amended Final Order of Garnishment            1

1  Judgment Debtor on June 17, 2016.  (Doc. 4 and 5).

2      5.    On June 17, 2016, the United States served the Garnishee and the Judgment Debtor with the Writ and its attachments.  The Judgment Debtor and his spouse were notified of their right to a hearing to object to the Answer and/or to claim exemptions.  (Doc. 6, pg 2.)  Specifically, the Notice provided that the Judgment debtor and his spouse had twenty days (20) from the date the garnishee served its Answer to request a hearing pursuant to 28 U.S.C. § 3205(c)(5), and/or to assert a claim of exemption(s).

    6.    Garnishee, Edward Jones, served its Acknowledgement of Service and Answer of Garnishee (the "Answer") to the writ on June 23, 2016.  In its Answer, the garnishee identifies that the Judgment Debtor has accounts that are in the custody, possession and/or control of Edward Jones.  The Answer States the approximate value of the accounts as follows: (1) Joint Tenants with Rights of Survivorship Brokerage Account #XXX/XX189-1-8 with a value of $66.96; (2) Traditional Individual Retirement Account (IRA) # XXX-XX265-1-8 held for the benefit of Christopher L. Stovall, which, as of June 21, 2016, had a total estimated market value of $61,064.72; (3) 529 College Savings Plan Account # XXX-XX599-1-3 held as Christopher L. Stovall owner for the benefit of Ty Stovall (valued at $1,275.64); and, (4) 529 College Savings Plan Account # XXX-XX600-1-0 held as Christopher L. Stovall owner for the benefit if Aden Walker Stovall, valued at $1,277.65.  The value of these accounts are approximations as the accounts may be subject to dividend distributions and fluctuating marking prices (Doc. 7).

    7.    No request for hearing was filed, and no claims of exemptions were raised by the Judgment Debtor or his spouse, as set forth in 28 U.S.C. § 3014(b)(2).

    8.    Notice was provided by Edward Jones to the United States Attorney's Office that they were unable to release the funds without an Order stating that the garnishee, Edward Jones is to sell and/or liquidate the invested assets.

Accordingly, it is HEREBY ORDERED THAT:

1. The United States' request for an Amended Final Order of Garnishment is GRANTED;

2. GARNISHEE, shall **SELL** and/or **LIQUIDATE** the invested assets and DELIVER, within fifteen (15) days of the filing of the Order, the **full market value**, calculated as of the date this Amended

Amended Final Order of Garnishment       2

Final Order of Garnishment is signed, from Christopher L. Stovall's IRA, Account Number XXX-XX265-1-8.  Payment must be made in the form a cashier's check, money order or company draft, and made payable to the "Clerk of the Court" and shall be mailed to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814.  Edward Jones shall also state the criminal docket number (Case No. 1:10CR00271-LJO) on the payment instrument.

      3.    Upon payment of the liquidated funds from the IRA Account Number XXX-XX265-1-8, to the Clerk of the Court, Edward Jones shall release its hold on the Judgment Debtor's other accounts, Brokerage Account Number XXX-XX189-1-8; 529 College Savings Plan Account Number XXX-XX599-1-3 and 529 College Savings Plan Account Number XXX-XX600-1-0.

      4.    That upon payment and processing of the garnished funds being applied towards restitution, the writ of garnishment shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.


IT IS SO ORDERED.

    Dated:   **October 4, 2016**            **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES CHIEF DISTRICT JUDGE